*Certified Question Declined August 3, 2000:*

*In re* CERTIFIED QUESTION, SANFORD V YUKINS, No. 117087. The request to answer the question certified by the United States District Court for the Western District is declined because the matter was already resolved by the Michigan Court of Appeals in *People v Wilson*, 196 Mich App 604 (1992). The Court of Appeals concluded that the evidence supported the jury's finding that petitioner aided and abetted first-degree criminal sexual conduct and the Supreme Court denied the petitioner's application for leave to appeal. *People v Sanford*, 442 Mich 917 (1993).

CAVANAGH and KELLY, JJ. We concur only in the Court's decision to deny the request to answer the certified question.

*Orders Entered September 12, 2000:*

PROPOSED AMENDMENTS OF MCR 2.119 and 3.210. On order of the Court, this is to advise that the Court is considering an amendment of Rule 2.119 and Rule 3.210 of the Michigan Court Rules. The amendments are based on a proposal from the Michigan Judges Association. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal. We welcome the views of all who wish to address the proposal or who wish to suggest alternatives. Before adoption or rejection, this proposal will be considered at a public hearing by the Court. The Clerk of the Court will publish a schedule of future public hearings.

As whenever this Court publishes an administrative proposal for comment, we emphasize that publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.

[The present language would be amended as indicated below:]

RULE 2.119. MOTION PRACTICE. [The Court declines to adopt the proposed amendment of Rule 2.119, effective April 3, 2001.]

(A)-(D) [Unchanged.]

(E) Contested Motions.

(1) [Unchanged.]

(2) When a motion is based on facts not appearing of record, the court may hear the motion on affidavits presented by the parties, or may direct that the motion be heard wholly or partly on oral testimony or deposition. In deciding whether an evidentiary hearing is necessary, the court must first determine, by requiring an offer of proof or otherwise, whether there are contested factual issues that must be resolved in order to make an informed decision on the motion.

(3)-(4) [Unchanged.]

(F)-(G) [Unchanged.]

RULE 3.210. HEARINGS AND TRIALS.

(A)-(B) [Unchanged.]